UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

**Order Filed on August 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Maria Fairelough

| | |
|---|---|
| Case No.: | 19-17040 |
| Chapter: | 13 |
| Judge: | CMG |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2019**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 25, 2019____ :

Property: ____1403 Wayne Circle Stewartsville NJ 08886____

Creditor: ____Ocwen Loan Servicing____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Russell L. Low____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____11/25/19____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17040-CMG
Maria M Fairelough                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 27, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
db             +Maria M Fairelough,    1403 Wayne Circle,    Stewartsville, NJ 08886-2623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Maria M Fairelough rbear611@aol.com,
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                         TOTAL: 4