Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  19−17040−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria M Fairelough
   1403 Wayne Circle
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−6252

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 21, 2020
JAN: dmi

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17040-CMG
Maria M Fairelough                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: May 21, 2020
                              Form ID: 148             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
```
db             +Maria M Fairelough,    1403 Wayne Circle,    Stewartsville, NJ 08886-2623
aty            +Robertson Anschutz & Schneid, PI,    6409 Congress Ave,,    Suite 100,
                 Boca Raton, FL 33487-2853
cr              Larry D. Hart,    Lee County Tax Collector,    PO Box 850,    Fort Myers, FL  33902-0850
lm             +OCWEN LOAN SERVICING,    1661 WORTHINGTON RD,    WEST PALM BEACH, FL 33409-6493
518167927      +ACCESS RECEIVABLES,    200 E JOPPA RD STE 310,    TOWSON, MD 21286-3108
518167928      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
518182567      +Aberon Fund 1 LLC,    1338 Foothill Drive # 129,    Salt Lake City  UT 84108-2321
518167931      +CAPITAL BANK,    1 CHURCH ST,    ROCKVILLE, MD 20850-4190
518167936      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
518167946      +Greenwich Chase Homeowners Association,     c/o Integra Management Corp.,
                 200 Valley Road, Suite 203,    Mount Arlington, NJ 07856-1320
518167947      +Lee County Tax Collector,    PO Box 850,    Fort Myers, FL 33902-0850
518167965      +OCWEN LOAN SERVICING L,    1661 WORTHINGTON RD,    WEST PALM BEACH, FL 33409-6493
518167967      +OMEGA RMS,    7505 W TIFFANY SPRINGS PARKWAY,    KANSAS CITY, MO 64153-1313
518273657       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
518167969      +THOUSND TRLS,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
518167970     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,     90 CRYSTAL RUN RD STE 31,
                 MIDDLETOWN, NY 10941)
518250087      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518323457       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
518167971      +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2020 23:28:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2020 23:28:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518167926      +EDI: AAEO.COM May 22 2020 02:53:00     AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,
                 KENNESAW, GA 30144-3672
518167929       E-mail/Text: ebn@americollect.com May 21 2020 23:28:58     AMERICOLLECT INC,
                 1851 S ALVERNO ROAD,    MANITOWOC, WI 54221
518167930      +EDI: APPLIEDBANK.COM May 22 2020 02:53:00     APPLIED BANK,    PO BOX 17125,
                 WILMINGTON, DE 19850-7125
518167932       EDI: CAPITALONE.COM May 22 2020 02:53:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
518167933      +EDI: WFNNB.COM May 22 2020 02:53:00     COMENITYCAPITAL/TOYOTA,    PO BOX 182120,
                 COLUMBUS, OH 43218-2120
518167934      +E-mail/PDF: creditonebknotifications@resurgent.com May 21 2020 23:31:02      CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
518183517      +EDI: AIS.COM May 22 2020 02:53:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518167935      +EDI: DISCOVER.COM May 22 2020 02:53:00     DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
518657948      +E-mail/Text: bankruptcynotice@franklincredit.com May 21 2020 23:28:12
                 Deutsche Bank National Trust Company,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
518167943      +EDI: AMINFOFP.COM May 22 2020 02:53:00     FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
518167945      +E-mail/Text: bankruptcy@flagshipcredit.com May 21 2020 23:29:01     FLAGSHIP CREDIT ACCEPT,
                 3 CHRISTY DR STE 201,    CHADDS FORD, PA 19317-9670
518254669       EDI: JEFFERSONCAP.COM May 22 2020 02:53:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518177195       E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2020 23:30:21      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518182568      +E-mail/Text: jghoward51@gmail.com May 21 2020 23:28:56     Morning Star One LLC,
                 623 SW 53rd Terrace,    Cape Coral  FL 33914-6549
518167948      +EDI: NAVIENTFKASMSERV.COM May 22 2020 02:53:00     NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
518167957      +EDI: NAVIENTFKASMSERV.COM May 22 2020 02:53:00     NAVIENT SOLUTIONS INC,    11100 USA PKWY,
                 FISHERS, IN 46037-9203
518187576      +EDI: NAVIENTFKASMSERV.COM May 22 2020 02:53:00     Navient Solutions, LLC,    220 Lasley Ave,
                 Wilkes-Barre, PA 18706-1430
518304392       EDI: PRA.COM May 22 2020 02:53:00     Portfolio Recovery Associates, LLC,    c/o Old Navy,
                 POB 41067,    Norfolk VA 23541
518299481       EDI: PRA.COM May 22 2020 02:53:00     Portfolio Recovery Associates, LLC,    c/o Toyota,
                 POB 41067,    Norfolk VA 23541
518245218      +EDI: JEFFERSONCAP.COM May 22 2020 02:53:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: May 21, 2020
                              Form ID: 148             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518183186         EDI: Q3G.COM May 22 2020 02:53:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
518167968        +EDI: RMSC.COM May 22 2020 02:53:00      SYNCB/OLD NAVY,    PO BOX 965005,
                  ORLANDO, FL 32896-5005
518172042        +EDI: RMSC.COM May 22 2020 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518191791        +EDI: AIS.COM May 22 2020 02:53:00      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518167972        +EDI: BLUESTEM May 22 2020 02:53:00      WEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,
                  SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +DEUTSCHE BANK NATIONAL TRUST COMPANY,,    RAS Citron, LLC,    130 Clinton Road,   Suite 202,
                  Fairfield, NJ 07004-2927
cr*              +Deutsche Bank National Trust Company,    RAS Citron LLC,    130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
518167938*       +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
518167940*       +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
518167942*       +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
518167937*       +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
518167939*       +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
518167941*       +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
518167944*       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
518167949*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167950*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167951*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167952*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167953*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167954*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167955*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167956*       +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
518167958*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167959*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167960*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167961*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167962*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167963*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167964*       +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
518167966*       +OCWEN LOAN SERVICING L,    1661 WORTHINGTON RD,    WEST PALM BEACH, FL 33409-6493
518304394*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,
                  Norfolk VA 23541)
                                                                                TOTALS: 0, * 26, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
              ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY,
              ajennings@rasflaw.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: May 21, 2020
                              Form ID: 148             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Maria M Fairelough ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                          TOTAL: 8